J-S04009-22

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WILLIAM HAYES | : | |
| | : | |
| Appellant | : | No. 1899 EDA 2021 |

Appeal from the Judgment of Sentence Entered June 10, 2020
In the Court of Common Pleas of Bucks County Criminal Division at
No(s):  CP-09-CR-0003647-2019

BEFORE:   BENDER, P.J.E., MURRAY, J., and STEVENS, P.J.E.[*]

CONCURRING MEMORANDUM BY STEVENS, P.J.E.:  **FILED MARCH 11, 2022**

While I join the Majority's decision to affirm the judgment of sentence and to grant counsel's petition to withdraw, I respectfully do not join the decision in its entirety.

I would find that Appellant did not raise a substantial question solely on the basis of his allegation that the trial court failed to consider mitigating circumstances.  This Court has specifically found that an appellant fails to raise a substantial question when his challenge to the excessiveness of his sentence is premised on his argument that the trial court failed to consider mitigating circumstances.  ***Commonwealth v. Radecki***, 180 A.3d 441, 469 (Pa.Super. 2018).   "[T]his Court has held on numerous occasions that a claim of inadequate consideration of mitigating factors does not raise a substantial

_____

[*] Former Justice specially assigned to the Superior Court.

question for our review." **Id**. (quoting **Commonwealth v. Disalvo**, 70 A.3d 900, 903 (Pa.Super. 2013) and **Commonwealth v. Eline**, 940 A.2d 421, 435 (Pa.Super. 2007)).

However, this Court has held that a claim that the trial court "erred by imposing *an aggravated range sentence* without consideration of mitigating circumstances raises a substantial question." **Commonwealth v. Felmlee**, 828 A.2d 1105, 1107 (Pa.Super. 2003) (*en banc*) (emphasis added).

In this case, Appellant received a sentence that exceeded the aggravated range of the sentencing guidelines. As a result, as Appellant argued that the trial court erred in imposing his aggravated range sentence without considering mitigating factors, I would find that Appellant has raised a substantial question for our review on different grounds than espoused by the Majority.